**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **Stacie Irene Spence** | ) | **CASE NO. 14-11752 NLJ** |
| | ) | **CHAPTER 13** |
| **Debtor** | ) | |

**OBJECTION TO MOTION TO DISMISS,
MOTION TO MODIFY CONFIRMED PLAN,
REQUEST FOR COMPENSATION OF ATTORNEYS FEES,
BRIEF IN SUPPORT
AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW Debtor, Stacie Irene Spence, and objects to the Motion to Dismiss of the Chapter 13 Trustee, and Moves the Court for an order modifying the chapter 13 plan confirmed by the court on July 25, 2014 and in support thereof, states as follows:

1. On April 25, 2014, the Debtor filed a Petition under Chapter 13 of the Bankruptcy Code.

2. On July 25, 2014, this Court entered its Order Confirming Plan.

3. Debtor moves to modify the Chapter 13 Plan, to wit:

    a. The Debtor be treated as current through September, 2014.

    b. Payments to be $659.00 per month beginning October, 2014 and for the remainder of the plan.

    c. To provide that counsel for Debtor receive $500.00 for post-confirmation services rendered in this matter to be paid pursuant to the Local Guidelines concerning post-confirmation services, and without the necessity of filing an application for the same.

4. The modification is necessary to make the plan feasible and to allow for the proper payment of the proof of claim filed by the OKLAHOMA TAX COMMISSION.

WHEREFORE, premises considered, Debtor respectfully requests this Court issue an Order Modifying Debtor's Chapter 13 Plan.  Further, Debtor's attorney requests that she be compensated as requested.

Respectfully submitted,

/s Tearsa Storms Olson

> Tearsa Storms Olson   OBA#30264
> Storms Law Office, PC
> 2400 NW 23rd St., Suite 102
> Oklahoma City, OK 73107
> Telephone: (405) 582-0012
> Fax: (405) 212-4872
> Email: tearsastorms@gmail.com
> Attorney for Debtor

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than twenty-one (21) days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided in Bankruptcy Rule 9006(f).**

## CERTIFICATE OF SERVICE

This is to certify that on the **19th** day of **September**, **2014**, a true and correct copy of the **Objection to Motion to Dismiss, Motion to Modify Confirmed Plan, Request for Compensation of Attorneys Fees, Brief in Support and Notice of Opportunity for Hearing** [Document No. 24] filed on the **19th** day of **September, 2014** was forwarded via U.S. Mail, first class, postage prepaid, to the following:

All creditors on the attached mailing matrix.

> /s/ Tearsa Storms Olson
> Tearsa Storms Olson, OBA# 30265

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 14-11752<br>Western District of Oklahoma<br>Oklahoma City<br>Fri Sep 19 18:32:01 CDT 2014 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | AMCOL Systems, Inc.<br>Amcol Systems, Inc.<br>Po Box 21625<br>Columbia SC 29221-1625 |
| Accident and Trauma Center<br>PO Box 722290<br>Norman OK 73070-8731 | All American Fitness and Racquetball<br>Millennium Financial Group<br>5770 NW Expressway Suite 102<br>Oklahoma City OK 73132-5238 | American InfoSource LP as agent for<br>Integris Health<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Ars /Account Resolution Services<br>1801 Nw 66th Ave Ste 200<br>Plantation FL 33313-4571 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Auto Advantage Finance, Inc.<br>5350 S. Western Ave., 4th Floor<br>Oklahoma City, OK 73109-4520 | BancFirst<br>1213 Gordon Cooper Drive<br>Tecumseh OK 74873-1460 | Bancfirst<br>Po Box 26788<br>Oklahoma City OK 73126-0788 |
| Caine & Weiner<br>Po Box 5010<br>Woodland Hills CA 91365-5010 | Cbe Group<br>131 Tower Park Dri<br>Waterloo IA 50701-9374 | Central OK Chiropractic Clinic<br>602 N Broadway<br>Tecumseh OK 74873-2020 |
| Cer Sts Rec<br>1314 N Main St<br>Hutchinson KS 67501-4002 | Classen Urgent Care<br>419 W Gray Street<br>Norman OK 73069-7117 | Community Hospital Outpatient Therapy<br>1001 S Western Ave<br>Oklahoma City OK 73139 |
| Conn Appliances, Inc. as Attorney-in-Fact an<br>P.O. Box 2358<br>Beaumont, Texas 77704-2358 | Conns<br>Box 2358<br>Beaumont TX 77704-2358 | Covington Credit<br>627 NW 7th Street<br>Oklahoma City OK 73160-3803 |
| Covington Credit Inc #OK0018<br>Southern Management Corporation<br>PO Box 1947<br>Greenville SC 29602-1947 | Crdt Ctrl Co<br>11821 Rock Landing Dr<br>Newport News VA 23606-4207 | Credit Collections Inc/AMR<br>Po Box 60607<br>Oklahoma City OK 73146-0607 |
| Credit Servi<br>Pob 60566<br>Oklahoma City OK 73146-0566 | Dept of Education<br>FedLoan Servicing<br>PO Box 69184<br>Harrisburg PA 17106-9184 | Direct Advertising Consultatns<br>PO Box 1369<br>Washington MO 63090-8369 |
| EMSA<br>1111 Classen Drive<br>Oklahoma City OK 73103-2607 | Empire Finan<br>102 W Main St<br>Purcell OK 73080-4220 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 |

| | | |
|---|---|---|
| Exp Cr Auto<br>4000 N May<br>Oklahoma City OK 73112-6269 | HSN Flexpay Dept<br>PO Box 9090<br>Clearwater FL 33758-9090 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul MN 55164-0378 |
| Integris ER Physicians<br>PO Box 48305<br>Jacksonville FL 32247-8305 | Integris Health Baptist<br>PO Box 268907<br>Oklahoma City OK 73126-8907 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Internal Revenue Service - OKC<br>Mailstop 5024 OKC<br>55 N Robinson<br>Oklahoma City OK 73102-9229 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Kankin and Woods Chiropractic<br>828 Wall Street<br>Norman OK 73069-6302 |
| Mercy Clinic<br>PO Box 2580-OK<br>Springfield MO 65801 | Mercy Health Systems<br>1730 E Portland<br>Springfield MO 65804-1311 | Mercy Hospital<br>4300 W Memorial Rd<br>Oklahoma City OK 73120-8304 |
| Mercy Physicians<br>4300 W Memorial Rd<br>Oklahoma City OK 73120-8304 | Milleniium<br>5770 Nw Expressway Ste 1<br>Warr Acres OK 73132-5241 | National Credit Adjusters<br>PO Box 3023<br>Hutchinson KS 67504-3023 |
| OKLAHOMA TAX COMMISSION<br>General Counsel's Office<br>120 N. Robinson, Ste 2000W<br>Oklahoma City, OK 73102-7801 | Oklahoma Sports Science and Ortho<br>3110 SW 89, Suite 102<br>Oklahoma City OK 73159-7919 | (p)OKLAHOMA TAX COMMISSION<br>120 N ROBINSON<br>STE 2000W<br>OKLAHOMA CITY OK 73102-7801 |
| Oklahoma Unemployment Commission<br>PO Box 52004<br>Oklahoma City OK 73152-2004 | Pottawatomie Telephone Company<br>PO Box 66<br>Earlsboro OK 74840-0066 | React Emergency<br>2316 N Airport Drive<br>Shawnee OK 74804-2624 |
| Security Fin<br>C/o Security Finan<br>Spartanburg SC 29304 | Shawnee NewsStar<br>215 N Bell<br>Shawnee OK 74801-6982 | Southwest Regional Imaging and Radiology<br>3209 NW Expressway<br>Oklahoma City OK 73112-4131 |
| Southwestern Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Stapleton Law<br>PO Box 720981<br>Norman OK 73070-4759 | Steven Richards<br>PO Box 36-0119<br>Oklahoma City OK 73196-0001 |
| Tab Services<br>PO Box 52039<br>Tulsa OK 74152-0039 | Thai An Doan DDS PC<br>11318 N May Ave Ste B<br>Oklahoma City OK 73120-5843 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |

| | | |
|---|---|---|
| Unity<br>1900 Gordon Cooper Drive<br>Shawnee OK 74801-8603 | Valarity Llc<br>P O Box 505023<br>Saint Louis MO 63150-5023 | Webbnk/fstr<br>6250 Ridgewood Rd<br>Saint Cloud MN 56303-0820 |
| cox communications<br>po box 470800<br>tulsa, OK 74147-0800 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | (c)STACIE IRENE SPENCE<br>5475 156TH ST<br>NOBLE OK  73068-6723 |
| Tearsa Storms Olson<br>Storms Law Office<br>2400 NW 23rd St., Ste. 102<br>Oklahoma City, OK 73107-2438 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Oklahoma Tax Commission
Bankruptcy Section
General Counsel
Box 53248
Oklahoma City OK 73152-3248

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Stacie Irene Spence
5475 SE 156th
Noble, OK 73068

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Auto Advantage Finance, Inc. | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     1<br>Total                  67 |