## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re ) | |
| ) | |
| **Stacie Irene Spence** ) | **CASE NO. 14-11752 NLJ** |
| ) | **CHAPTER 13** |
| **Debtor** ) | |

### OBJECTION TO MOTION TO DISMISS,
### MOTION TO MODIFY CONFIRMED PLAN,
### REQUEST FOR COMPENSATION OF ATTORNEYS FEES,
### BRIEF IN SUPPORT
### AND NOTICE OF OPPORTUNITY FOR HEARING

COMES NOW Debtor, Stacie Irene Spence, and objects to the Motion to Dismiss of the Chapter 13 Trustee, and Moves the Court for an order modifying the chapter 13 plan confirmed by the court on July 25, 2014 and in support thereof, states as follows:

1. On April 25, 2014, the Debtor filed a Petition under Chapter 13 of the Bankruptcy Code.
2. On July 25, 2014, this Court entered its Order Confirming Plan.
3. Debtor moves to modify the Chapter 13 Plan, to wit:
   a. The Debtor be treated as current through September, 2014.
   b. Payments to be $659.00 per month beginning October, 2014 and for the remainder of the plan.
   c. To provide that counsel for Debtor receive $500.00 for post-confirmation services rendered in this matter to be paid pursuant to the Local Guidelines concerning post-confirmation services, and without the necessity of filing an application for the same.
4. The modification is necessary to make the plan feasible and to allow for the proper payment of the proof of claim filed by the OKLAHOMA TAX COMMISSION.

WHEREFORE, premises considered, Debtor respectfully requests this Court issue an Order Modifying Debtor's Chapter 13 Plan. Further, Debtor's attorney requests that she be compensated as requested.

Respectfully submitted,

/s Tearsa Storms Olson

Tearsa Storms Olson   OBA#30264
Storms Law Office, PC
2400 NW 23rd St., Suite 102
Oklahoma City, OK 73107
Telephone: (405) 582-0012
Fax: (405) 212-4872
Email: tearsastorms@gmail.com
Attorney for Debtor

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than twenty-one (21) days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided in Bankruptcy Rule 9006(f).**

### CERTIFICATE OF SERVICE

This is to certify that on the **19th** day of **September**, **2014**, a true and correct copy of the **Objection to Motion to Dismiss, Motion to Modify Confirmed Plan, Request for Compensation of Attorneys Fees, Brief in Support and Notice of Opportunity for Hearing** [Document No. 24] filed on the **19th** day of **September, 2014** was forwarded via U.S. Mail, first class, postage prepaid, to the following:

All creditors on the attached mailing matrix.

/s/ Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265

```
Label Matrix for local noticing        USBC Western District of Oklahoma      AMCOL Systems, Inc.
1087-5                                 215 Dean A. McGee                      Amcol Systems, Inc.
Case 14-11752                          Oklahoma City, OK 73102-3426           Po Box 21625
Western District of Oklahoma                                                  Columbia SC 29221-1625
Oklahoma City
Fri Sep 19 18:32:01 CDT 2014

Accident and Trauma Center             All American Fitness and Racquetball   American InfoSource LP as agent for
PO Box 722290                          Millennium Financial Group             Integris Health
Norman OK 73070-8731                   5770 NW Expressway Suite 102           PO Box 248838
                                       Oklahoma City OK 73132-5238            Oklahoma City, OK  73124-8838

American InfoSource LP as agent for    Ars /Account Resolution Services       Atlas Acquisitions LLC
T Mobile/T-Mobile USA Inc              1801 Nw 66th Ave Ste 200               294 Union St.
PO Box 248848                          Plantation FL 33313-4571               Hackensack, NJ 07601-4303
Oklahoma City, OK  73124-8848

Auto Advantage Finance, Inc.           BancFirst                              Bancfirst
5350 S. Western Ave., 4th Floor        1213 Gordon Cooper Drive               Po Box 26788
Oklahoma City, OK 73109-4520           Tecumseh OK 74873-1460                 Oklahoma City OK 73126-0788

Caine & Weiner                         Cbe Group                              Central OK Chiropractic Clinic
Po Box 5010                            131 Tower Park Dri                     602 N Broadway
Woodland Hills CA 91365-5010           Waterloo IA 50701-9374                 Tecumseh OK 74873-2020

Cer Sts Rec                            Classen Urgent Care                    Community Hospital Outpatient Therapy
1314 N Main St                         419 W Gray Street                      1001 S Western Ave
Hutchinson KS 67501-4002               Norman OK 73069-7117                   Oklahoma City OK 73139

Conn Appliances, Inc. as Attorney-in-Fact an   Conns                          Covington Credit
P.O. Box 2358                          Box 2358                               627 NW 7th Street
Beaumont, Texas 77704-2358             Beaumont TX 77704-2358                 Oklahoma City OK 73160-3803

Covington Credit Inc #OK0018           Crdt Ctrl Co                           Credit Collections Inc/AMR
Southern Management Corporation        11821 Rock Landing Dr                  Po Box 60607
PO Box 1947                            Newport News VA 23606-4207             Oklahoma City OK 73146-0607
Greenville SC 29602-1947

Credit Servi                           Dept of Education                      Direct Advertising Consultatns
Pob 60566                              FedLoan Servicing                      PO Box 1369
Oklahoma City OK 73146-0566            PO Box 69184                           Washington MO 63090-8369
                                       Harrisburg PA 17106-9184

EMSA                                   Empire Finan                           Enhanced Recovery Corp
1111 Classen Drive                     102 W Main St                          Attention: Client Services
Oklahoma City OK 73103-2607            Purcell OK 73080-4220                  8014 Bayberry Rd
                                                                              Jacksonville FL 32256-7412
```

| | | |
|---|---|---|
| Exp Cr Auto<br>4000 N May<br>Oklahoma City OK 73112-6269 | HSN Flexpay Dept<br>PO Box 9090<br>Clearwater FL 33758-9090 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul MN 55164-0378 |
| Integris ER Physicians<br>PO Box 48305<br>Jacksonville FL 32247-8305 | Integris Health Baptist<br>PO Box 268907<br>Oklahoma City OK 73126-8907 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Internal Revenue Service - OKC<br>Mailstop 5024 OKC<br>55 N Robinson<br>Oklahoma City OK 73102-9229 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Kankin and Woods Chiropractic<br>828 Wall Street<br>Norman OK 73069-6302 |
| Mercy Clinic<br>PO Box 2580-OK<br>Springfield MO 65801 | Mercy Health Systems<br>1730 E Portland<br>Springfield MO 65804-1311 | Mercy Hospital<br>4300 W Memorial Rd<br>Oklahoma City OK 73120-8304 |
| Mercy Physicians<br>4300 W Memorial Rd<br>Oklahoma City OK 73120-8304 | Milleniium<br>5770 Nw Expressway Ste 1<br>Warr Acres OK 73132-5241 | National Credit Adjusters<br>PO Box 3023<br>Hutchinson KS 67504-3023 |
| OKLAHOMA TAX COMMISSION<br>General Counsel's Office<br>120 N. Robinson, Ste 2000W<br>Oklahoma City, OK 73102-7801 | Oklahoma Sports Science and Ortho<br>3110 SW 89, Suite 102<br>Oklahoma City OK 73159-7919 | (p)OKLAHOMA TAX COMMISSION<br>120 N ROBINSON<br>STE 2000W<br>OKLAHOMA CITY OK 73102-7801 |
| Oklahoma Unemployment Commission<br>PO Box 52004<br>Oklahoma City OK 73152-2004 | Pottawatomie Telephone Company<br>PO Box 66<br>Earlsboro OK 74840-0066 | React Emergency<br>2316 N Airport Drive<br>Shawnee OK 74804-2624 |
| Security Fin<br>C/o Security Finan<br>Spartanburg SC 29304 | Shawnee NewsStar<br>215 N Bell<br>Shawnee OK 74801-6982 | Southwest Regional Imaging and Radiology<br>3209 NW Expressway<br>Oklahoma City OK 73112-4131 |
| Southwestern Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Stapleton Law<br>PO Box 720981<br>Norman OK 73070-4759 | Steven Richards<br>PO Box 36-0119<br>Oklahoma City OK 73196-0001 |
| Tab Services<br>PO Box 52039<br>Tulsa OK 74152-0039 | Thai An Doan DDS PC<br>11318 N May Ave Ste B<br>Oklahoma City OK 73120-5843 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |

| | | |
|---|---|---|
| Unity<br>1900 Gordon Cooper Drive<br>Shawnee OK 74801-8603 | Valarity Llc<br>P O Box 505023<br>Saint Louis MO 63150-5023 | Webbnk/fstr<br>6250 Ridgewood Rd<br>Saint Cloud MN 56303-0820 |
| cox communications<br>po box 470800<br>tulsa, OK 74147-0800 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | (c)STACIE IRENE SPENCE<br>5475 156TH ST<br>NOBLE OK  73068-6723 |

Tearsa Storms Olson
Storms Law Office
2400 NW 23rd St., Ste. 102
Oklahoma City, OK 73107-2438


                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Oklahoma Tax Commission
Bankruptcy Section
General Counsel
Box 53248
Oklahoma City OK 73152-3248




                          Addresses marked (c) above for the following entity/entities were corrected
                             as required by the USPS Locatable Address Conversion System (LACS).


Stacie Irene Spence
5475 SE 156th
Noble, OK 73068




                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Auto Advantage Finance, Inc.          End of Label Matrix
                                         Mailable recipients    66
                                         Bypassed recipients     1
                                         Total                  67